**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**CLINTON LEON MOORMAN, JR.,**

    **Plaintiff,**

**vs.**                               **Case No. 4:10cv363-RH/WCS**

**STAR METRO,**

    **Defendants.**

_____/


## REPORT AND RECOMMENDATION


In an order filed August 31, 2010, Plaintiff was directed to file an amended complaint by September 30, 2010.  Doc. 4.  On September 13, 2010, Plaintiff's copy of that order was returned to the Clerk's office marked "moved left no address, unable to forward."  Doc. 6.  To date, Plaintiff has not notified the court of a new address.

Plaintiff's only submission to the court was his original complaint and Motion for leave to proceed IFP, docs. 1 and 2.  It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.   Since Plaintiff has not furnished the court with a new address, it is doubtful that he will even receive a copy of this report and recommendation.  In the event the Plaintiff does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

It is therefore **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida, on September 15, 2010.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.